UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL TOM FINLEY, | ) | Case No. CV 10-2338 DOC (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| KELLY HARRINGTON, Warden | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: August 19, 2011

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE